**UNITED STATES DISTRICT COURT**
**NORTHEN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

**CASE NO.: 1:15-cv-07392**

MARGARITO GALVAN-RAMIREZ,

       Plaintiff,

vs.

TECZA LANDSCAPE GROUP, INC.
and V.I.P PROPERTY MAINTENANCE, INC.,

       Defendants
_____/

## JOINT STIPULATION TO DISMISS

NOW COMES MARGARITO GALVA-RAMIREZ and Defendants, TECZA LANDSCAPE GROUP, INC. and VIP PROPERTY MAINTENANCE, INC., and for their Stipulation to Dismiss, state as follows:

1. Plaintiff filed the instant lawsuit against Defendants alleging that they are entitled to overtime compensation from Defendants pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, the Illinois Minimum Wage Law, 820 ILCS § 105/1, *et seq*.

2. The Parties have reached a settlement agreement related to the allegations set forth by Plaintiff in the instant lawsuit, as more specifically detailed in a settlement agreement and release.

3. As a condition of settlement, Plaintiff has agreed to voluntarily dismiss the instant lawsuit and any and all claims he has against Defendants without prejudice, which dismissal shall automatically convert to a dismissal with prejudice on October 31, 2016.

4. As a condition of settlement, Defendants have an obligation to make a delayed payment of the settlement amount, which payment obligations shall be satisfied by October 5, 2016.

5. The Parties intend for the dismissal without prejudice to become a dismissal with prejudice on October 31, 2016. The purpose of waiting for the dismissal with prejudice to not take effect until October 31, 2016 is to allow this Court to retain jurisdiction to enforce the terms of the settlement agreement.

6. Should Defendants fail to satisfy its payment obligations in full by October 31, 2016, Plaintiffs shall have the right to reopen the instant lawsuit and seek the entry of final judgment for the unsatisfied amount of Defendants' payment obligations.

7. Therefore, the Parties respectfully request that this Honorable Court enter an order which dismisses all Plaintiff's claims against Defendants without prejudice, but with the dismissal order becoming with prejudice on October 31, 2016, and with each Party to bear their own costs and fees.

WHEREFORE, the Plaintiffs, and the Defendants respectfully request that this Honorable Court dismiss the instant lawsuit "without prejudice" and to become "with prejudice" on October 31, 2016, and any other relief that this Court deems just and appropriate.

| | |
|---|---|
| Lawrence Jay Weiner, Esq.<br>Laner Muchin, Ltd.<br>515 North State Street, Suite 2800<br>Chicago, IL 60654<br>Phone: (312) 467-9800<br>Fax:    (312)467-9479<br><br><br>*/s/ Lawrence Jay Weiner*<br>_____<br>Lawrence Jay Weiner<br>E-mail:  cthomas@stuartpc.com<br>Counsel for Defendants | Loren Law Group<br>100 S. Pine Island Road<br>Suite 132<br>Plantation, FL 33324<br>Phone:    (954)585-4878<br>Facsimile: (954)585-4886<br><br><br>**/s/** *James Loren*<br>_____<br>James M. Loren, Esquire<br>E-Mail:   JLoren@Lorenlaw.com<br>Counsel for Plaintiffs |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 30, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

      Loren Law Group
      Counsel for Plaintiffs
      100 S. Pine Island Road - Suite 132
      Plantation, FL 33324
      Phone:         (954)585-4878
      Facsimile:     (954)585-4886
      E-Mail:        JLoren@Lorenlaw.com

      **/s/** *James Loren*
      _____
      James M. Loren, Esquire

**SERVICE LIST**

Lawrence Jay Weiner, Esq.
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60654
Phone: (312) 467-9800
Fax:    (312)467-9479
E-mail:  cthomas@stuartpc.com
Counsel for Defendants


Kimberly Coffey, Esquire
Goldberg & Dohan, P.C.
1700 Park Street
Suite 103
Naperville, IL 60563
Phone: 800-719-1617 x 1032
Fax: 888-272-8822
E-mail: kcoffey@goldbergdohan.com
Co-Counsel for Plaintiff